```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alice L. Correa,

                Plaintiff,

-against-

Patricia Luise Donahue,

                Defendant.

1:19-cv-10099 (PKC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that the Initial Pretrial Conference scheduled for Tuesday, February 18, 2020 at 2:00 p.m. shall be held via telephone. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Defendant. In addition, a copy of this Order will be emailed to Defendant by Chambers.

**SO ORDERED.**

DATED:    New York, New York
            February 12, 2020

_____
STEWART D. AARON
United States Magistrate Judge