```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alice L. Correa,

                Plaintiff,

-against-

Patricia Luise Donahue,

                Defendant.

1:19-cv-10099 (PKC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The parties shall meet and confer and, no later than Wednesday, June 3, 2020, file a Joint Letter setting forth three possible dates for a settlement conference in mid to late July.

2. The deadline for the completion of discovery remains September 18, 2020. (*See* ECF No. 20.) However, the parties may agree to adjust the interim deadlines in Section 3 of the Case Management Plan without leave of the Court.

A copy of this Order will be mailed to the *pro se* Defendant by Chambers.

**SO ORDERED.**

DATED:    New York, New York
             May 27, 2020

_____
STEWART D. AARON
United States Magistrate Judge