UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alice L. Correa,

                Plaintiff,

      -against-

Patricia Luise Donahue,

               Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021

1:19-cv-10099 (PKC) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      The parties are directed to appear for a telephone conference on Friday, February 19, 2021, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
               February 17, 2021

_____
STEWART D. AARON
United States Magistrate Judge